Mark R. Trachtenberg, Blaine Bates, Charles A. Beckham, Jr., Haynes & Boone, L.L.P., Houston, TX, for Appellee.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

On this appeal, Appellants challenge the bankruptcy court's entry of summary judgment ordering pro rata distribution of the funds of the debtor, Lothian Oil, Inc. ("Lothian"), to holders of Lothian's preferred stock. Appellants make this challenge despite the fact that they took a contrary position in the bankruptcy court when they urged the court to make the pro rata distribution at the summary judgment hearing. Appellants apparently hired a different attorney to appeal the summary judgment entered by the bankruptcy court. The district court, in a straightforward order, affirmed the bankruptcy court's order and rejected replacement counsel's argument that Appellants' other attorney was not authorized to argue in favor of the proposed distribution. The record contains no support for replacement counsel's contention. We agree with the district court that this argument is unsupported and without merit. We also agree with the district court that Appellants are barred on appeal by the doctrine of judicial estoppel from making arguments contrary to the position they took during the summary judgment proceedings in the bankruptcy court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

For these reasons and the reasons assigned by the district court, the district court's order is AFFIRMED.